FORD, BACON & DAVIS, Inc., Appellant, v. J. L. MITCHELL, for Himself and as Agent.

No. 13199.

Circuit Court of Appeals, Eighth Circuit.

Nov. 14, 1945.

Warren E. Wood, Asst. U. S. Atty., of Little Rock, Ark., for appellant.

June P. Wooten, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellant.

---

Cornell FRY v. WARDEN, OKLAHOMA STATE PENITENTIARY, McAlester, Oklahoma.

No. 3215.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

No appearance for appellant.

Randell S. Cobb, Atty. Gen., and Jess L. Pullen, Asst. Atty. Gen. of Oklahoma, for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

---

D. Allan HARMON, an Individual Doing Business as Harmon Construction Company, et al. v. Ed COLE et al.

No. 3270.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1945.

Goode & Goode, of Shawnee, Okl., and Keaton, Wells & Johnston and Robert E. Shelton, all of Oklahoma City, Okl., for cross-appellants.

Gomer Smith and Jean P. Day, both of Oklahoma City, Okl., for cross-appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on joint motion and stipulation of the parties.

---

Sam KOPLAR et al., Appellants, v. Forrest HEMKER, Trustee in the Matter of Embassy Company, a Corporation.

No. 13193.

Circuit Court of Appeals, Eighth Circuit.

Nov. 13, 1945.

M. A. Shenker, of St. Louis, Mo., for appellants.

Forrest Hemker, of St. Louis, Mo., pro se.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants and consent of appellee.